[No. 1999-IA-00845-SCT](#)